IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD J. ZAKRZEWSKI,

        Petitioner,

v.                                                             Case No.: 3:04cv66/RV

JAMES V. CROSBY, JR., Secretary,
Florida Department of Corrections,
and CHARLIE CRIST, Attorney General
of Florida,

        Respondents.
_____/

**ORDER**

    This cause is before the court on a notice of appeal filed by petitioner.  (Doc. 91).  A certificate of appealability is required in order to appeal the denial of a Rule 60(b) motion for relief from a judgment in a 28 U.S.C. § 2254 proceeding.  <u>Jackson v. Crosby</u>, 437 F.3d 1290, 1294 (11th Cir. 2006).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).  The petitioner's notice of appeal does not attempt to set out any grounds for such certification, and no separate motion has been filed.

    Accordingly, it is hereby ORDERED:

    Petitioner has fourteen (14) days from the entry of this order to file a motion for a certificate of appealability pursuant to Rule 22 (b)(1) of the Rules of Appellate Procedure and Title 28, United States Code, Section 2253 (c)(2) which addresses with specificity the issues he wishes to appeal.

    DONE AND ORDERED this 1st day of June, 2006.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON**
                                                      **Senior United States District Judge**